UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| OP3 PLYMOUTH, LLC, | Civil No. 11-3632 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SYNERGY GRAPHICS, INC., *et al.*, | |
| Defendants, | |

_____

Jason Asmus and Michael Kaphing, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

Kristine Nogosek and Peter Stein, **STEIN & MOORE, PA**, 332 Minnesota Street, Suite W1650, St. Paul, MN 55101, for Defendant Twin Cities-Metro Certified Development Company.

Roylene Champeaux, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendant United States of America.

Eric Ruzicka and Eric Sherman, **DORSEY & WHITNEY LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for Receiver Lighthouse Management Group, Inc.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated May 24, 2013 [Docket No. 64]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The April 30, 2013 foreclosure sale wherein OP3 purchased the Mortgaged Property for One Million, Nine Hundred Fifty-One Thousand, Six Hundred and Thirty-Four and 13/100 Dollars ($1,951,634.13), all as described in the Sheriff's Report of Sheriff's Sale of Real Property in a Foreclosure by Action dated April 30, 2013, is confirmed.

2. The applicable redemption period under Minnesota Statutes, Section 580.23 is six (6) months from the date of this Order, except that the United States Small Business Administration ("SBA") may redeem within twelve (12) months from the date of this Order.

3. If the Mortgaged Property is not redeemed within said six (6) month period, plus any such additional period of redemption granted to any creditors by virtue of Minn. Stat. § 581.10, or within said twelve (12) month period as to the SBA only, in accordance with the requirements of Minn. Stat. § 581.10 and the statutes cited therein, then OP3, as the purchaser at the Sheriff's foreclosure sale (or its assigns), be decreed to be the absolute fee owner of the Mortgaged Property.

4. The Court Administrator shall enter satisfaction of the judgment against SGP, set forth in the above referenced Order for Judgment to the extent of the $1,951,635.13 bid by OP3, less costs of sale of $763.85.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**


DATED: June 25, 2013                                    ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                                JOHN R. TUNHEIM
                                                          United States District Judge